NUMBER 13-03-049-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


LEONARD VASQUEZ, Appellant,


v.



DIAMOND SHAMROCK REFINING COMPANY, L.P., Appellee.

________________________________________________________


On appeal from the County Court 


of Live Oak County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Opinion Per Curiam


 Appellant, LEONARD VASQUEZ, perfected an appeal from a judgment entered
by the County Court of Live Oak County, Texas, in cause number 981. After the
record and briefs were filed and after the cause was set for submission and oral
argument, the parties filed an agreed motion to dismiss the appeal. In the motion, the
parties state that they have reached a full and final settlement and compromise
regarding all matters the subject of this appeal. The parties request that this Court
dismiss the appeal.

 The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 20th day of November, 2003.